# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
    v. ) CR.s-05-529 GEB
     )
ERNEST J. RUDOLPH )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ( X ) Ad Prosequendum      ( ) Ad Testificandum.
Name of Detainee:    Ernest J. Rudolph
Detained at (custodian): California State Prison, 44750 60th Street, West Lancaster, CA 93536-7620
    (661) 729-2000

Detainee is:    a.)    ( ) charged in this district by:
    ( **X** ) Indictment      ( ) Information      ( ) Complaint
    Charging Detainee With: **18 U.S.C. § 471 - Manufacture of Counterfeit Obligations or Securities; and 18 U.S.C. § 472 -Passing and Possessing Counterfeit Obligations (2 Counts)**

    or    b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)    ( ) return to the custody of detaining facility upon termination of proceedings
    or    b.)    (**X**) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on January 6, 2006, at 2:00pm for initial appearance and entry of plea before the Honorable Gregory G. Hollows in the Eastern District of California.*

    Signature: /s/ Anne Pings
    Printed Name & Phone No: Anne Pings, AUSA (916) 554-2785
    Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
    (**X**) Ad Prosequendum      ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, Ernest J. Rudolph on January 6, 2006 at 2:00 p.m. and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.
Dated: December 30, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | **aka Tyrese Paul Logan** | Male X | Female |
| Booking or CDC #: | | DOB: | **1971** |
| Facility Address: | **44750 60th Street** | Race: | |
| | **West Lancaster, CA 93536-7620** | FBI #: | **739960LA** |
| Facility Phone: | **(661) 729-2000** | | |
| Currently Incarcerated For: | | | |

**RETURN OF SERVICE**

Executed on _____ by _____
    (Signature)

G:\DOCS\KJM\Kim\Duty\Rudolph Writ.wpd
Form Crim-48      Revised 11/19/97