**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
ERNEST RUDOLPH

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.NO.S-05-529 |
| PLAINTIFF, ) | |
| v. ) | STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE TO AUGUST 4, 2006 |
| ERNEST RUDOLPH, et al., ) | |
| DEFENDANTS. ) | |

### AGREEMENT AND STIPULATION

The United States of America, represented by the United States Attorney for the Eastern District of California, by Assistant United State Attorney Ms. Anne Pings and the defendants, Donzell,D. Rudolf, aka Sheikh Muhammad, represented by Ms. Linda C. Harter of the Federal Defender's Office, and Ernest Rudolph, represented by Mr. James R. Greiner, hereby agree and stipulate that this matter may be continued from Friday, June 16, 2006, to Friday, August 4, 2006, at 9:00 a.m. in courtroom number 10, on the 13th floor of the United States Courthouse, 501 I Street, before the Honorable United States District Judge, Garland E. Burrell, Jr.

All parties agree and stipulate that time can be excluded from the Speedy Trial Act and under the Sixth Amendment (right to a speedy trial) for the following reasons: 1-The defense is in the process of continuing to review discovery from the Government with their respective clients; 2- The defense needs the additional time to review the evidence and to meet with their respective

1

1 clients, to meet with defense counsel and to meet with the government in an ongoing attempt to
2 resolve the case short of trial; 3-The defense is continuing to investigate the case while discussing
3 the findings of the investigation with the government in the ongoing good faith attempt to resolve
4 this matter short of trial; 4- There have been some discussions regarding resolving this matter
5 between the parties and the additional time will be beneficial in allowing the parties time to discuss
6 the issues and attempt to reach a resolution. Time under the Speedy Trial Act, Local Code T-4 and
7 under  Title 18 U.S.C. section 1361 (h)(8)(B)(iv), reasonable time to prepare, is requested to be
8 found by the Court so that time is excluded, and time is agreed and stipulated to be excluded under
9 the Sixth Amendment of the United States Constitution for reasonable time for counsel to prepare
10 /////
11 /////
12 /////
13 /////
14 /////
15 /////
16 /////
17 /////
18 /////
19 /////
20 /////
21 /////
22 /////
23 /////
24 /////
25 /////
26 /////
27 /////
28

2

1 the case and to have a reasonable opportunity to discuss with the government resolution of the case
2 short of trial.
3     It is so agreed and stipulated.

McGregor W. Scott
Untied States Attorney

DATED: 6-15-06

/s/ Anne Pings (authorized by e-mail)
_____
Ms. Anne Pings
Assistant United States Attorney

DATED:6-15-06

/s/ Linda C. Harter (authorized in person and e mail)
_____
Linda C. Harter
Attorney for Donzell D. Rudolf aka Sheikh Muhammad

DATED: 6-15-06

/s/ James R. Greiner
_____
James R. Greiner
Attorney for Ernest Rudolph

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: June 19, 2006

```
                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge
```