1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE: (916) 649-2006
4  FAX: (916) 920-7951

5  ATTORNEY FOR DEFENDANT
   ERNEST RUDOLPH
6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                     EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,        )    CR.NO.S-05-529-GEB
10                                   )
        PLAINTIFF,                   )
11                                   )    STIPULATION AND PROPOSED ORDER
   v.                                )    TO CONTINUE STATUS CONFERENCE
12                                   )    TO SEPTEMBER 8, 2006
   ERNEST RUDOLPH, et al.,           )
13                                   )
        DEFENDANTS.                  )
14                                   )
   _____   )
15

16                        **AGREEMENT AND STIPULATION**

17       The United States of America, represented by the United States Attorney for the Eastern

18  District of California, by Assistant United State Attorney, Ms. Anne Pings, and the defendants,

19  Donzell, D. Rudolf, aka Sheikh Muhammad, represented by Ms. Linda C. Harter of the Federal

20  Defender's Office, and Ernest Rudolph, represented by Mr. James R. Greiner, hereby agree and

21  stipulate that this matter may be continued from Friday, August 4, 2006, to Friday, September 8,

22  2006, at 9:00 a.m. in courtroom number 10, on the 13th floor of the United States Courthouse, 501 I

23  Street, before the Honorable United States District Court Judge, Garland E. Burrell, Jr.

24       All parties agree and stipulate that time can be excluded from the Speedy Trial Act and

25  under the Sixth Amendment (right to a speedy trial) for the following reasons: 1-The defense is in

26  the process of continuing to review discovery from the Government with their respective clients; 2-

27  The defense needs the additional time to review the evidence and to meet with their respective

28                                         1

1 clients, to meet with defense counsel and to meet with the government in an ongoing attempt to
2 resolve the case short of trial; 3-The defense is continuing to investigate the case while discussing
3 the findings of the investigation with the government in the ongoing good faith attempt to resolve
4 this matter short of trial; 4- There have been some discussions regarding resolving this matter
5 between the parties and the additional time will be beneficial in allowing the parties time to discuss
6 the issues and attempt to reach a resolution short of trial. Time under the Speedy Trial Act, Local
7 Code T-4 and under  Title 18 U.S.C. section 1361 (h)(8)(B)(iv), reasonable time to prepare, is
8 requested to be found by the Court so that time is excluded under the Speedy Trial Act, and time is
9 agreed and stipulated to be excluded under the Sixth Amendment of the United States Constitution
10 (right to a speedy trial)  for reasonable time for counsel to prepare the case and to have a reasonable
11 opportunity to discuss with both their respective clients and the government in an attempt at
12 reaching, if possible, a resolution of the case short of trial.
13 /////
14 /////
15 /////
16 /////
17 /////
18 /////
19 /////
20 /////
21 /////
22 /////
23 /////
24 /////
25 /////
26 /////
27 /////
28

Counsel checked with the Court's courtroom deputy clerk for the available date prior to filing the stipulation and proposed Order, and the date was cleared by the Court's courtroom deputy clerk.

It is so agreed and stipulated.

McGregor W. Scott
Untied States Attorney

DATED: 8-3-06

/s/ Anne Pings (authorized by telephone authorization)

_____
Ms. Anne Pings
Assistant United States Attorney

DATED: 8-3-06

/s/ Linda C. Harter (authorized by telephone authorization)

_____
Linda C. Harter
Attorney for Donzell D. Rudolf aka Sheikh Muhammad

DATED: 8-3-06

/s/ James R. Greiner

_____
James R. Greiner
Attorney for Ernest Rudolph

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated:  August 3, 2006

```
/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge
```

3