AO 245B-CAED (Rev. 3/04) Sheet 1 - Judgment in a Criminal Case

# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**ERNEST J. RUDOLPH**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: **2:05CR00529-01**

James Greiner
Defendant's Attorney

## THE DEFENDANT:

[✔]    pleaded guilty to count(s): 1, 2 & 3 of the Indictment .
[ ]    pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ]    was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 471 | Manufacture of Counterfeit Obligations or Securities | 9/9/05 | 1 |
| 18 USC 472 | Passing and Possessing Counterfeit Obligations | 8/5/05 | 2 |
| 18 USC 472 | Passing and Possessing Counterfeit Obligations | 8/24/05 | 3 |

The defendant is sentenced as provided in pages 2 through 18 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]    The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[ ]    Count(s) ___ (is)(are) dismissed on the motion of the United States.

[ ]    Indictment is to be dismissed by District Court on motion of the United States.

[✔]    Appeal rights given.          [ ]    Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

4/6/07
Date of Imposition of Judgment

Signature of Judicial Officer

**GARLAND E. BURRELL, JR.**, United States District Judge
Name & Title of Judicial Officer

April 26, 2007
Date

AO 245B-CAED (Rev. 3/04) Sheet 2 - Imprisonment

CASE NUMBER: 2:05CR00529-01                                    Judgment - Page 2 of 18
DEFENDANT: ERNEST J. RUDOLPH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 46 months .

A term of 46 months on each of Counts 1, 2 & 3, to be served concurrently, for a total term of 46 months.

[✔]    The court makes the following recommendations to the Bureau of Prisons:
The Court recommends that the defendant be incarcerated in a California facility, but only insofar as this accords with security classification and space availability. The Court recommends the defendant participate in the 500-Hour Bureau of Prisons Substance Abuse Treatment Program.

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.
If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on__ _____ _____ to _____ _____ _____ ___

at _____ _____ __ __ , with a certified copy of this judgment.


_____
UNITED STATES MARSHAL


By _____
Deputy U.S. Marshal

AO 245B-CAED (Rev. 3/04) Sheet 3 - Supervised Release

| CASE NUMBER: | 2:05CR00529-01 | Judgment - Page 3 of 18 |
| DEFENDANT: | ERNEST J. RUDOLPH | |

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 36 months .
A term of 36 months on each of Counts 1, 2 & 3, to be served concurrently, for a total term of 36 months.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed four (4) drug tests per month.

[ ]     The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[✔]     The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

[x]     The defendant shall submit to the collection of DNA as directed by the probation officer. (Check, if applicable.)

[ ]     The defendant shall register and comply with the requirements in the federal and state sex offender registration agency in the jurisdiction of conviction, Eastern District of California, and in the state and in any jurisdiction where the defendant resides, is employed, or is a student. (Check, if applicable.)

[ ]     The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without permission of the court or probation officer;
2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3)   the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4)   the defendant shall support his or her dependants and meet other family responsibilities;
5)   the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6)   the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7)   the defendant shall refrain from excessive use of alcohol;
8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)   the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B-CAED (Rev. 3/04) Sheet 3 - Supervised Release

| CASE NUMBER: | 2:05CR00529-01 | Judgment - Page 4 of 18 |
| DEFENDANT: | ERNEST J. RUDOLPH | |

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall submit to the search of his person, property, home, and vehicle by a United States Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2. The defendant shall not dispose of or otherwise dissipate any of his assets until the fine and/or restitution order by this judgment is paid in full, unless the defendant obtains approval of the court.

3. The defendant shall provide the probation officer with access to any requested financial information.

4. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

5. As directed by the probation officer, the defendant shall participate in a correctional treatment program (inpatient or outpatient) to obtain assistance for drug or alcohol abuse.

6. As directed by the probation officer, the defendant shall participate in a program of testing (i.e. breath, urine, sweat patch, etc.) to determine if he has reverted to the use of drugs or alcohol.

7. As directed by the probation officer, the defendant shall participate in a program of mental health treatment (inpatient or outpatient.)

8. As directed by the probation officer, the defendant shall participate in a co-payment plan for treatment or testing and shall make payment directly to the vendor under contract with the United States Probation Office of up to $25 per month.

9. The defendant shall (I) consent to the probation officer and /or probation service representative conducting periodic unannounced examinations of any computer equipment or device that has an internal or external modem which may include retrieval and copying of all data from the computer or device and any internal or external peripherals to ensure compliance with conditions and/or removal of such equipment for purposes of conducting a more thorough inspection; and (ii) consent at the direction of the probation officer to having installed on the computer or device, at defendant's expense, any hardware or software systems to monitor the computer or device's use.

10. The defendant shall not participate in gambling activities of any kind or enter any establishment where gambling occurs.

AO 245B-CAFD (Rev. 3/04) Sheet 5 Criminal Monetary Penalties

| CASE NUMBER: | 2:05CR00529-01 | Judgment - Page 5 of 18 |
| DEFENDANT: | ERNEST J. RUDOLPH | |

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 300 | $ | $ 45,900. |

[ ] The determination of restitution is deferred until ___. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[✔] The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| See attached list | | | |
| TOTALS: | $ 45,900 | $ 45,900 | |

[ ] Restitution amount ordered pursuant to plea agreement $ ___

[ ] The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ] The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   [ ] The interest requirement is waived for the    [ ] fine    [ ] restitution

   [ ] The interest requirement for the    [ ] fine   [ ] restitution is modified as follows:

\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B-CAED (Rev. 3/04) Sheet 6 - Schedule of Payments

CASE NUMBER:    2:05CR00529-01                                  Judgment - Page 6 of 18
DEFENDANT:      ERNEST J. RUDOLPH

## SCHEDULE OF PAYMENTS

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A   [ ] Lump sum payment of $ ___ due immediately, balance due

     [ ]     not later than ___ , or
     [ ]     in accordance with     [ ] C,   [ ] D,   [ ] E, or       [ ] F below; or

B   [✔]     Payment to begin immediately (may be combined with     [ ] C,   [ ] D, or [ ] F below); or

C   [ ] Payment in equal ___ (e.g., weekly, monthly, quarterly) installments of $ ___ over a period of ___ (e.g., months or years),
     to commence ___ (e.g., 30 or 60 days) after the date of this judgment; or

D   [ ] Payment in equal ___ (e.g., weekly, monthly, quarterly) installments of $ ___ over a period of ___ (e.g., months or years),
     to commence ___ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E   [ ] Payment during the term of supervised release will commence within ___ (e.g., 30 or 60 days) after release from
     imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time;
     or

F   [ ] Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ]   Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate:

[ ]   The defendant shall pay the cost of prosecution.

[ ]   The defendant shall pay the following court cost(s):

[ ]   The defendant shall forfeit the defendant's interest in the following property to the United States:

AO 245B (Rev. 9/05) Judgment in a Criminal Case
Attachment (Page 1) — Statement of Reasons

DEFENDANT: ERNEST J. RUDOLPH
CASE NUMBER: 0972 - 2:05CR00529-01
DISTRICT: Eastern District of California

## STATEMENT OF REASONS
### (Not for Public Disclosure)

**I COURT FINDINGS ON PRESENTENCE INVESTIGATION REPORT**

A   x   **The court adopts the presentence investigation report without change.**

B   ☐   **The court adopts the presentence investigation report with the following changes.**
(Check all that apply and specify court determination, findings, or comments, referencing paragraph numbers in the presentence report, if applicable.) (See page 4 as necessary.)

     1  ☐  **Chapter Two of the Sentencing Guidelines Manual** determinations by court (including changes to the base offense level, or specific offense characteristics).

     2  ☐  **Chapter Three of the Sentencing Guidelines Manual** determinations by court (including changes to victim-related adjustments, role in the offense, obstruction of justice, multiple counts, or acceptance of responsibility).

     3  ☐  **Chapter Four of the Sentencing Guidelines Manual** determinations by court (including changes to criminal history category or scores, career offender, or criminal livelihood determinations).

     4  ☐  **Additional Comments or Findings** (including comments or factual findings concerning certain information in the presentence report that the Federal Bureau of Prisons may rely on when it makes inmate classification, designation, or programming decisions).

C   ☐   **The record establishes no need for a presentence report pursuant to Fed. R. Criminal. P. 32.**

**II COURT FINDINGS ON MANDATORY MINIMUM SENTENCE (Check all that apply)**

A   x   No count of conviction carries a mandatory minimum sentence.

B   ☐   Mandatory minimum sentence imposed.

C   ☐   One or more counts of conviction alleged in the indictment carry a mandatory minimum term of imprisonment, but the sentence imposed is below a mandatory minimum term because the court has determined that the mandatory minimum does not apply based on

      ☐  findings of fact in this case
      ☐  substantial assistance (18 § 3553(e))
      ☐  the statutory safety valve (18 § 3553(f))

**III COURT DETERMINATION OF ADVISORY GUIDELINE RANGE (BEFORE DEPARTURES)**

Total Offense Level: _____ 14 _____

Criminal History Category: _____ VI _____

Imprisonment Range: ___37___ to ___46___ months

Supervised Release Range: ___2___ to ___3___ years

Fine Range: $ _4,000_ to $ _40,000_

x   Fine waived or below the guideline range because of inability to pay.

AO 245B    (Rev. 9/05) Judgment in a Criminal Case
           Attachment (Page 2) — Statement of Reasons

DEFENDANT:       ERNEST J. RUDOLPH
CASE NUMBER:     0972 - 2:05CR00529-01
DISTRICT:        Eastern District of California

## STATEMENT OF REASONS
### (Not for Public Disclosure)

### IV    ADVISORY GUIDELINE SENTENCING DETERMINATION (Check only one)

- A    x    The sentence is within an advisory guideline range that is not greater than 24 months, and the court finds no reason to depart.

- B    ☐    The sentence is within an advisory guideline range that is greater than 24 months, and the specific sentence is imposed for these reasons. (See page 4 as necessary.)

- C    ☐    The court departs from the advisory guideline range for reasons authorized by the Sentencing Guidelines Manual. (Also complete Section V.)

- D    ☐    The court imposed a sentence outside the advisory sentencing guideline system. (Also complete Section VI.)

### V    DEPARTURES AUTHORIZED BY THE ADVISORY SENTENCING GUIDELINES (If applicable)

- A    **The sentence imposed departs** (Check only one):
  - ☐ below the advisory guideline range
  - ☐ above the advisory guideline range

- B    **Departure based on** (Check all that apply):

  - 1    **Plea Agreement** (Check all that apply and check reason(s) below):
    - ☐    5K1.1 plea agreement based on the defendant's substantial assistance
    - ☐    5K3.1 plea agreement based on Early Disposition or "Fast-track" Program
    - ☐    binding plea agreement for departure accepted by the court
    - ☐    plea agreement for departure, which the court finds to be reasonable
    - ☐    plea agreement that states that the government will not oppose a defense departure motion

  - 2    **Motion Not Addressed in a Plea Agreement** (Check all that apply and check reason(s) below):
    - ☐    5K1.1 government motion based on the defendant's substantial assistance
    - ☐    5K3.1 government motion based on Early Disposition or "Fast-track" Program
    - ☐    government motion for departure
    - ☐    defense motion for departure to which the government did not object
    - ☐    defense motion for departure to which the government objected

  - 3    **Other**
    - ☐    Other than a plea agreement or motion by the parties for departure (Check reason(s) below):

- C    **Reason(s) for Departure** (Check all that apply other than 5K1.1 or 5K3.1.)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | 4A1.3 | Criminal History Inadequacy | ☐ | 5K2.1 | Death | ☐ | 5K2.11 | Lesser Harm |
| ☐ | 5H1.1 | Age | ☐ | 5K2.2 | Physical Injury | ☐ | 5K2.12 | Coercion and Duress |
| ☐ | 5H1.2 | Education and Vocational Skills | ☐ | 5K2.3 | Extreme Psychological Injury | ☐ | 5K2.13 | Diminished Capacity |
| ☐ | 5H1.3 | Mental and Emotional Condition | ☐ | 5K2.4 | Abduction or Unlawful Restraint | ☐ | 5K2.14 | Public Welfare |
| ☐ | 5H1.4 | Physical Condition | ☐ | 5K2.5 | Property Damage or Loss | ☐ | 5K2.16 | Voluntary Disclosure of Offense |
| ☐ | 5H1.5 | Employment Record | ☐ | 5K2.6 | Weapon or Dangerous Weapon | ☐ | 5K2.17 | High-Capacity, Semiautomatic Weapon |
| ☐ | 5H1.6 | Family Ties and Responsibilities | ☐ | 5K2.7 | Disruption of Government Function | ☐ | 5K2.18 | Violent Street Gang |
| ☐ | 5H1.11 | Military Record, Charitable Service, Good Works | ☐ | 5K2.8 | Extreme Conduct | ☐ | 5K2.20 | Aberrant Behavior |
| | | | ☐ | 5K2.9 | Criminal Purpose | ☐ | 5K2.21 | Dismissed and Uncharged Conduct |
| ☐ | 5K2.0 | Aggravating or Mitigating Circumstances | ☐ | 5K2.10 | Victim's Conduct | ☐ | 5K2.22 | Age or Health of Sex Offenders |
| ☐ | | Other guideline basis (e.g., 2B1.1 commentary) | | | | ☐ | 5K2.23 | Discharged Terms of Imprisonment |

- D    **Explain the facts justifying the departure** (See page 4 as necessary.)

AO 245B    (Rev. 9/05) Judgment in a Criminal Case
           Attachment (Page 3) --- Statement of Reasons

DEFENDANT:      ERNEST J. RUDOLPH
CASE NUMBER:    0972 - 2:05CR00529-01
DISTRICT:       Eastern District of California

## STATEMENT OF REASONS
(Not for Public Disclosure)

## VI  COURT DETERMINATION FOR A SENTENCE OUTSIDE THE ADVISORY GUIDELINE SYSTEM
(Check all that apply)

A   **The sentence imposed is** (Check only one):
   □  below the advisory guideline range
   □  above the advisory guideline range

B   **Sentence imposed is pursuant to** (Check all that apply):

   1          **Plea Agreement** (Check all that apply and check reason(s) below):
              □  binding plea agreement for a sentence outside the advisory guideline system accepted by the court
              □  plea agreement for a sentence outside the advisory guideline system, which the court finds to be
                 reasonable
              □  plea agreement that states that the government will not oppose a defense motion to the court to
                 sentence outside the advisory guideline system

   2          **Motion Not Addressed in a Plea Agreement** (Check all that apply and check reason(s) below):
              □  government motion for a sentence outside of the advisory guideline system
              □  defense motion for a sentence outside of the advisory guideline system to which the government did not
                 object
              □  defense motion for a sentence outside of the advisory guideline system to which the government
                 objected

   3          **Other**
              □  Other than a plea agreement or motion by the parties for a sentence outside of the advisory guideline
                 system (Check reason(s) below):

C   **Reason(s) for Sentence Outside the Advisory Guideline System** (Check all that apply):

   □  the nature and circumstances of the offense and the history and characteristics of the defendant pursuant to 18
      § 3553(a)(1)
   □  to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the
      offense (18 § 3553(a)(2)(A))
   □  to afford adequate deterrence to criminal conduct (18 § 3553(a)(2)(B))
   □  to protect the public from further crimes of the defendant (18 § 3553(a)(2)(C))
   □  to provide the defendant with needed educational or vocational training, medical care, or other correctional
      treatment in the most effective manner (18 § 3553(a)(2)(D))
   □  to avoid unwarranted sentencing disparities among defendants (18 § 3553(a)(6))
   □  to provide restitution to any victims of the offense (18 § 3553(a)(7))

D   **Explain the facts justifying a sentence outside the advisory guideline system.** (See page 4 as necessary.)

AO 245B   (Rev. 9/05) Judgment in a Criminal Case
          Attachment (Page 4) — Statement of Reasons

DEFENDANT:       ERNEST J. RUDOLPH
CASE NUMBER:     0972 - 2:05CR00529-01
DISTRICT:        Eastern District of California

## STATEMENT OF REASONS
(Not for Public Disclosure)

### VII   COURT DETERMINATIONS OF RESTITUTION

A   □   Restitution Not Applicable

B   Total Amount of Restitution:  $ 45,900.

C   Restitution not ordered (Check only one):

1   ☐   For offenses for which restitution is otherwise mandatory under 18 § 3663A, restitution is not ordered because the number of identifiable victims is so large as to make restitution impracticable under 18 § 3663A(c)(3)(A).

2   □   For offenses for which restitution is otherwise mandatory under 18 § 3663A, restitution is not ordered because determining complex issues of fact and relating them to the cause or amount of the victims' losses would complicate or prolong the sentencing process to a degree that the need to provide restitution to any victim would be outweighed by the burden on the sentencing process under 18 § 3663A(c)(3)(B).

3   ☐   For other offenses for which restitution is authorized under 18 § 3663 and/or required by the sentencing guidelines, restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweighs the need to provide restitution to any victims under 18 § 3663(a)(1)(B)(ii).

4   ☐   Restitution is not ordered for other reasons (explain below).

D   □   Partial restitution is ordered for these reasons (18 § 3553(c)) (explain below).

### VIII   ADDITIONAL FACTS JUSTIFYING THE SENTENCE IN THIS CASE (If applicable)

Sections I, II, III, IV, and VII of the Statement of Reasons form must be completed in all felony cases.

Deft's Social Security / USM No:   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  / 16225-097

Signature of Judge

Defendant's Date of Birth:   4/5/71

April 16, 2007
Date Signed

Defendant's Residence Address:

4126 Venice Court
Elk Grove, CA 95758

Garland E. Burrell, Jr., United States District Judge

Name and Title of Judge

4/6/07

Defendant's Mailing Address:
4126 Venice Court
Elk Grove, CA 95758

Date of Imposition of Judgment

DEFENDANT:      ERNEST J. RUDOLPH
CASE NUMBER:    0972 - 2:05CR00529-01
DISTRICT:      Eastern District of California

# STATEMENT OF REASONS
(Not for Public Disclosure)

## I    COURT FINDINGS ON PRESENTENCE INVESTIGATION REPORT

   A    x    **The court adopts the presentence investigation report without change.**

   B    ☐    **The court adopts the presentence investigation report with the following changes.**
           (Check all that apply and specify court determination, findings, or comments, referencing paragraph numbers
           in the presentence report, if applicable.) (See page 4 as necessary.)

        1    ☐    **Chapter Two of the Sentencing Guidelines Manual** determinations by court (including changes to the
              base offense level, or specific offense characteristics).

        2    ☐    **Chapter Three of the Sentencing Guidelines Manual** determinations by court (including changes to
              victim-related adjustments, role in the offense, obstruction of justice, multiple counts, or acceptance of
              responsibility).

        3    ☐    **Chapter Four of the Sentencing Guidelines Manual** determinations by court (including changes to
              criminal history category or scores, career offender, or criminal livelihood determinations).

        4    ☐    **Additional Comments or Findings** (including comments or factual findings concerning certain information
              in the presentence report that the Federal Bureau of Prisons may rely on when it makes inmate
              classification, designation, or programming decisions).

   C    ☐    **The record establishes no need for a presentence report pursuant to Fed. R. Criminal. P. 32.**

## II    COURT FINDINGS ON MANDATORY MINIMUM SENTENCE (Check all that apply)

   A    x    No count of conviction carries a mandatory minimum sentence.

   B    ☐    Mandatory minimum sentence imposed.

   C    ☐    One or more counts of conviction alleged in the indictment carry a mandatory minimum term of imprisonment,
           but the sentence imposed is below a mandatory minimum term because the court has determined that the
           mandatory minimum does not apply based on

           ☐    findings of fact in this case
           ☐    substantial assistance (18 § 3553(e))
           ☐    the statutory safety valve (18 § 3553(f))

## III    COURT DETERMINATION OF ADVISORY GUIDELINE RANGE (BEFORE DEPARTURES)

Total Offense Level:          14

Criminal History Category:          VI

Imprisonment Range:    37    to    46    months

Supervised Release Range:    2    to    3    years

Fine Range:   $ 4,000      to    $ 40,000

   x    Fine waived or below the guideline range because of inability to pay.

## VICTIM IMPACT LIST - RESTITUTION

**Case Name:** Ernest J. Rudolph

**Docket Number:** 2:05CR00529-01

**USPO:** Terence E. Sherbondy

**JUDGE:** Garland E. Burrell, Jr.

**AUSA:** Anne E. Pings

**DEFENSE COUNSEL:** James R. Greiner

| VICTIM NAME | LOSS AMOUNT |
|---|---|
| 122 Tower Energy | $200 |
| USA Petroelum | 100 |
| 99 Cent Store 168 | 100 |
| 99 Cent Store 209 | 200 |
| AJ Wright | 700 |
| Aarons Sales and Lease | 100 |
| ACE Hardware | 100 |
| Alfredo Gutierrez Aspeitia | 100 |
| American Payments | 100 |
| AMF Bowling | 100 |
| Anderson Brothers | 100 |
| Anna's Linens | 200 |
| Antonio Barajas | 100 |
| Arcade Market | 100 |
| Auto Zone | 200 |
| Auto Zone 5305 | 700 |
| Auto Zone 288 | 100 |
| Auto Zone 8135 | 700 |
| Auto Zone 2829 | 400 |
| Auto Zone 3675 | 400 |

| | |
|---|---:|
| Auto Zone 5661 | 200 |
| Auto Zone 1990 | 300 |
| B. Grabar | 100 |
| B of A | 100 |
| B of A | 100 |
| Bel Air | 100 |
| Bennie Harriel | 100 |
| Big 5 | 100 |
| Big Lots 4072 | 100 |
| Big Lots 4080 | 100 |
| Big Lots 41150 | 100 |
| Big Lots 4158 | 100 |
| Black Oak Casino | 100 |
| BOA Freeport | 100 |
| BOA Fruitridge Manor | 100 |
| BOA Power Inn Gerber | 100 |
| Bob's Quality Tire | 100 |
| BOW/BR | 100 |
| BOW - Ross Stores | 200 |
| BOW - Ross Stores | 100 |
| BP Products | 100 |
| BP Products | 100 |
| BP Products | 200 |
| Burger King | 100 |
| Burlington Coat Factory | 100 |
| California Business Machines | 100 |
| Carls Jr. | 100 |
| Carlos Villasenor | 100 |

| | |
|---|---|
| Casey's Cards | 100 |
| Cinemark | 100 |
| Chand Shah | 100 |
| Chevron Gas 1578 | 100 |
| Chevron Gas 1727 | 100 |
| Chevron Gas 1754 | 200 |
| Chevron Gas 1758 | 100 |
| Chuck E Cheese | 100 |
| Church of Latter Day Saints | 200 |
| Circle K | 300 |
| City Market | 200 |
| City Wide Hotgos | 100 |
| Claires Store 6294 | 100 |
| Clarie's Boutique | 100 |
| Colusa Casino | 200 |
| Copelands 023 | 100 |
| CSAA | 100 |
| David Graca | 100 |
| Del Taco 4337 | 100 |
| Del Taco 25521 | 100 |
| Dennys | 200 |
| DG Smith Enterprises | 100 |
| DMV 710 | 100 |
| DMV 7226 | 100 |
| Dollar Tree 2425 | 100 |
| Dollar Tree 1202 | 200 |
| Dollar Tree 1215 | 100 |
| Dollar Tree 1223 | 100 |

| Electronics Boutique | 200 |
|---|---|
| Eulalio Sandoval | 100 |
| Factory 2 U 6525 | 800 |
| Factory 2 U 6100 | 300 |
| Fairfield Expos Base | 100 |
| Famous Footwear | 100 |
| Fast Stop Food | 100 |
| FHS Mustang Booster | 100 |
| Food Max | 200 |
| Foot Locker | 200 |
| Foot Locker | 200 |
| Foothill Market | 100 |
| Foxmoor | 100 |
| Fruitridge AM/PM | 400 |
| Fry's Electronics | 300 |
| Gamestop | 100 |
| GAP Outlet 7718 | 100 |
| Goodwill Industries | 100 |
| Goodyear | 100 |
| Greyhound 8940 | 100 |
| Hard Rock Café 1157 | 400 |
| Hat World | 100 |
| Herminia De Guzman | 100 |
| HH Gas/Food | 100 |
| Home Depot 100301 | 100 |
| Home Depot 65101 | 500 |
| Home Depot 662001 | 500 |
| Home Depot 664903 | 100 |

| | |
|---|---|
| Home Depot 63701 | 100 |
| Home Depot 100301 | 100 |
| Home Depot 6620 | 100 |
| Home Depot 667401 | 100 |
| Hometown Buffet 242 | 200 |
| Jack in the Box 4326 | 200 |
| Jack in the Box | 100 |
| James Maurica Keys | 100 |
| Jay's Chevron | 100 |
| JC Pennys | 100 |
| Jet Spray Carwash | 100 |
| JMJ Seekers, Inc. | 100 |
| Joann's 2033 | 100 |
| John Schneider | 100 |
| Johnnie Lau | 100 |
| Johnny Rockets #1 | 100 |
| Jose Salvador | 100 |
| K Yung J Yi | 100 |
| Kaiser | 100 |
| KFC | 100 |
| KFC 105 | 100 |
| KFC 126 | 100 |
| Kragen 232 | 100 |
| Kragen 324 | 100 |
| Kulwant Dharni | 100 |
| La Esperanza Bakery | 100 |
| Lil Joe | 100 |
| Lockeford TruValue | 100 |

| | |
|---|---|
| Long Chang Market | 100 |
| Long John Silvers | 100 |
| Longs Drug Store | 500 |
| Los Rios Community College Bookstore | 200 |
| Lowe's HIW | 100 |
| Lowes Home Ctr | 100 |
| M&B Discount Liquor | 100 |
| Manor Drug | 200 |
| Mario Nunez Garcia | 100 |
| Marshalls | 100 |
| Marshalls of MA Inc 79<br>Attn: Jason Leal<br>Loss Prevention | 400 |
| McDonalds<br>CA3-125-01-01 | 100 |
| McDonalds | 200 |
| McDonalds | 100 |
| Metro PCS | 100 |
| Metro PCS | 100 |
| Michael Stores 09851 | 300 |
| Milino Patel | 100 |
| Morton Gulf | 100 |
| Motel 6 | 200 |
| Mountain Mikes Pizza | 100 |
| Nella Oil 28 | 100 |
| New West Petroleum 1013 | 100 |
| No Limit Wireless | 100 |
| Oakland Raiders 931 | 100 |
| Office Max | 100 |

| | |
|---|---:|
| Office Max | 200 |
| Old Navy 5626 | 100 |
| Olive Garden | 100 |
| OSH | 100 |
| Pacific Coast Supply | 100 |
| Panaderia Lupita | 100 |
| Payless Shoe Source | 100 |
| Pep Boys 5895 | 300 |
| Pep Boys | 300 |
| Pet Smart 0053 | 200 |
| Phanonmvanit Soukouang | 100 |
| Pick N Pull | 100 |
| Pick N Pull 10 | 100 |
| PRB Management | 100 |
| Quality Pizza | 100 |
| Quick Stop | 100 |
| Radio Shack | 100 |
| Rainbow USA<br>dba UPS N Down | 100 |
| Raley's | 200 |
| Raley's | 100 |
| Red Lobster 671 | 100 |
| R-Kiz Inc. | 100 |
| Robert Wolfe | 100 |
| Rohenco | 100 |
| Roldolfo Azcona | 100 |
| Roseville PCS | 100 |
| Ross Stores 0025 | 500 |

| | |
|---|---|
| Safeway | 300 |
| Safeway | 100 |
| Safeway | 100 |
| Safeway 1617 | 400 |
| Salley Beauty Supply | 100 |
| Sams Club 6622 | 100 |
| Save Mart 72 | 100 |
| SCV 1504 | 300 |
| Bank of America<br>SCV 1504<br>#138 | 100 |
| Bank of America<br>SCV 1504<br>#142 | 100 |
| Bank of America<br>SCV 1504<br>#53 | 200 |
| Bank of America<br>SCV 1504<br>#59 | 200 |
| Bank of America<br>SCV 1504<br>#61 | 100 |
| Bank of America<br>SCV 1504<br>#85 | 200 |
| Bank of America<br>SCV 1504<br>#86 | 100 |
| Bank of America<br>SCV 1504<br>#88 | 100 |
| Bank of America<br>SCV 1504<br>#89 | 100 |

| | |
|---|---|
| Bank of America<br>SCV 1504<br>#97 | 200 |
| Bank of America<br>SCV 1504<br>#98 | 100 |
| Sears Roebuck | 200 |
| Sears Roebuck 1408 | 500 |
| Sees Candies, Inc. | 100 |
| Sent In by WFB | 100 |
| Servo | 200 |
| Sidhu's Chevron | 100 |
| Sleep Train Amphitheater | 200 |
| Southwest Airlines | 100 |
| Speed Bird Gasoline | 100 |
| Starbucks 5940 | 100 |
| Suhail Anwar<br>(MAACO) | 200 |
| Suncoast Group | 100 |
| Sunrise Valero | 100 |
| Supply Hardware | 100 |
| Susie's Deals | 200 |
| Target 1527 | 500 |
| Target 1862 | 100 |
| Target Stores | 600 |
| Target Stores | 100 |
| Target Stores | 300 |
| The Body Shop | 100 |
| Thrifty Payless | 100 |
| Thunder Valley Casino | 4,300 |

| | |
|---|---|
| Toni Greer | 100 |
| Tooley Oil Co | 200 |
| Tower Mart 122 | 200 |
| Toys R Us | 100 |
| Tuesday Morning | 100 |
| Umpqua | 100 |
| United Grocers Cash | 100 |
| United Retail Inc | 200 |
| Vallejo Smoke Shop | 100 |
| Vern Saelee | 100 |
| Walgreens | 300 |
| Walgreens | 100 |
| Walgreens | 100 |
| Walgreens | 200 |
| Wal-Mart | 400 |
| Wal-Mart 1760 | 100 |
| Warehouse Concepts | 500 |
| Warehouse Concepts | 100 |
| Welco Supermarket | 200 |
| Wells Fargo Bank | 100 |
| Wells Fargo Bank | 200 |
| Wells Fargo Bank | 200 |
| Wells Fargo Bank | 200 |
| Wells Fargo Bank | 100 |
| Wells Fargo Bank | 100 |
| Wells Fargo Bank | 200 |
| Wells Fargo Bank | 100 |
| West Coast Beauty | 100 |

| | |
|---|---|
| WF | 100 |
| WF Branch 362 | 100 |
| WF Fair Oaks 042 | 100 |
| WF South Natomas | 100 |
| WF Vintage Faire | 100 |
| WFB Camelia City | 100 |
| WFB Fruitridge | 100 |
| WFB Laguna Gateway | 200 |
| WFB North Florin | 400 |
| Winco 36 | 100 |
| Winco 37 | 300 |
| **Total Loss Amount** | 45900 |